[No. 15840-0-II.     Division Two.     July 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER LOPEZ-CALDERON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00580-0, John N. Skimas, J., entered September 10, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.

[No. 15691-1-II.     Division Two.     July 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN RAY WAGNER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00709-5, Milton R. Cox, J., entered January 16, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 15918-0-II.     Division Two.     July 21, 1994.]

DOUGLAS A. MACLEOD, *Appellant*, v. WESTLEY TAFT, ET AL, *Respondents*.

WHITACRE ENGINEERS, INC., *Respondent*, v. DOUGLAS A. MACLEOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-01161-1, Robert H. Peterson, J., entered March 13, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.